AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

DISTRICT OF __MASSACHUSETTS__

UNITED STATES OF AMERICA

V.

JOHN DOE a/k/a "JOEL"

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: 04-1777-CBS

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __June 7, 2004__ in __Middlesex__ county, in the District of __Massachusetts__ defendant(s) did, (Track Statutory Language of Offense) knowingly and without lawful authority produce false identification documents, and did knowingly transfer false identification documents knowing that such documents were produced without lawful authority

in violation of Title __18__ United States Code, Section(s) __1028(a)(1) and 1028(a)(2)__

I further state that I am a(n) __ICE Special Agent__ and that this complaint is based on the following
                                  Official Title
facts:

See attached affidavit of Special Agent Dana Fiandaca

SEALED

Continued on the attached sheet and made a part hereof:    ☒ Yes    ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

06-18-2004                                    at    Boston, Massachusetts
Date                                                City and State

CHARLES B. SWARTWOOD
UNITED STATES MAGISTRATE JUDGE            _____
Name & Title of Judicial Officer                Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.