CJA 23
Rev. 5/98

# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

| IN UNITED STATES | ☐ MAGISTRATE | ☐ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) |

IN THE CASE

_____ V.S. _____

FOR

AT

LOCATION NUMBER
*filed in open court 6/22/04*

PERSON REPRESENTED (Show your full name)
▶ Joel Machado

1 ☐ Defendant—Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other

DOCKET NUMBERS
Magistrate
04-1771
District Court
Court of Appeals

CHARGE/OFFENSE (describe if applicable & check box →)   ☒ Felony   ☐ Misdemeanor
False identification, poss + distrib.

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**

Are you now   ☐ Yes   ☐ No   ☒ Am Self-Employed
Name and address of employer: Painting Homes
IF YES, how much do you earn per month? $ _____
IF NO, give month and year of last employment  How much did you earn per month? $ _____

If married is your Spouse employed?   ☐ Yes   ☐ No
IF YES, how much does your Spouse earn per month? $ 1,200
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**ASSETS**

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?   ☐ Yes   ☒ No
RECEIVED       SOURCES
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES   $ _____

**CASH**
Have you any cash on hand or money in savings or checking accounts?   ☐ Yes   ☒ No   IF YES, state total amount $ _____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?   ☐ Yes   ☐ No
VALUE       DESCRIPTION
IF YES, GIVE THE VALUE AND $ DESCRIBE IT

**DEPENDENTS**

MARITAL STATUS
___ SINGLE
_X_ MARRIED
___ WIDOWED
___ SEPARATED OR DIVORCED

Total No. of Dependents: 3

List persons you actually support and your relationship to them:
Graziela Fejeda Machado - 22 yrs old
Jandella Fejeda Machado - 17 yrs old
Richard Fejeda Machado - 9 yrs old

**OBLIGATIONS & DEBTS**

DEBTS & MONTHLY BILLS
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

APARTMENT OR HOME: Rent $810 - split $405 - each
Creditors       Total Debt       Monthly Paymt.

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date)  6/22/04

SIGNATURE OF DEFENDANT ▶ *Joel Machado*
(OR PERSON REPRESENTED)