UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOEL MACHADO | ) **04 CR 1 0 2 1 6 RWZ**<br>) CRIMINAL NO.<br>) VIOLATIONS:<br>)<br>) 18 U.S.C. § 1028(a)(2)<br>) (Transfer of False<br>)  Identification<br>)  Documents)<br>) 18 U.S.C. § 1028(a)(5)<br>) (Possession of Document-<br>)  Making Implements)<br>) 18 U.S.C. § 1546<br>) (Fraud and Misuse of<br>)  Documents) |

## INDICTMENT

COUNT ONE:        (Title 18, United States Code, § 1028(a)(2) –
                  Transfer of False Identification Documents)

The Grand Jury charges that:

On or about April 8, 2004, at Everett, in the District of Massachusetts,

**JOEL MACHADO**,

defendant herein, did knowingly transfer false identification documents, to wit, a counterfeit Social Security account number card and a counterfeit alien registration card, knowing that such documents were produced without lawful authority.

All in violation of Title 18, United States Code, Sections 1028(a)(2) and 2.

**COUNT TWO:** **(Title 18, United States Code, § 1028(a)(2) - Transfer of False Identification Documents)**

The Grand Jury further charges that:

On or about April 29, 2004, at Everett and Malden, in the District of Massachusetts,

**JOEL MACHADO,**

defendant herein, did knowingly transfer false identification documents, to wit, counterfeit Social Security account number cards and counterfeit alien registration cards, knowing that such documents were produced without lawful authority.

All in violation of Title 18, United States Code, Sections 1028(a)(2) and 2.

**COUNT THREE:**   (Title 18, United States Code, § 1028(a)(2) - Transfer of False Identification Documents)

The Grand Jury further charges that:

On or about May 10, 2004, at Malden, in the District of Massachusetts,

**JOEL MACHADO,**

the defendant herein, did knowingly transfer false identification documents, to wit, counterfeit Social Security account number cards and counterfeit alien registration cards, knowing that such documents were produced without lawful authority.

All in violation of Title 18, United States Code, Sections 1028(a)(2) and 2.

**COUNT FOUR:**  (Title 18, United States Code, § 1028(a)(2) - Transfer of False Identification Documents)

The Grand Jury further charges that:

On or about June 7, 2004, at Malden, in the District of Massachusetts,

**JOEL MACHADO,**

the defendant herein, did knowingly transfer false identification documents, to wit, counterfeit Social Security account number cards and counterfeit alien registration cards, knowing that such documents were produced without lawful authority.

All in violation of Title 18, United States Code, Sections 1028(a)(2) and 2.

**COUNT FIVE:**     (Title 18, United States Code, § 1546(a) - Fraud and Misuse of Documents)

The Grand Jury further charges that:

On or about April 8, 2004, at Everett, in the District of Massachusetts,

**JOEL MACHADO,**

defendant herein, did knowingly possess an alien registration receipt card, knowing it to be forged, counterfeited, altered, and falsely made.

All in violation of Title 18, United States Code, Sections 1546(a) and 2.

**COUNT SIX:**     (Title 18, United States Code, § 1546(a) - Fraud and Misuse of Documents)

The Grand Jury further charges that:

On or about April 29, 2004, at Everett and Malden, in the District of Massachusetts,

**JOEL MACHADO,**

defendant herein, did knowingly possess alien registration receipt cards, knowing them to be forged, counterfeited, altered, and falsely made.

All in violation of Title 18, United States Code, Sections 1546(a) and 2.

**COUNT SEVEN:**     (Title 18, United States Code, § 1546(a) - Fraud and Misuse of Documents)

The Grand Jury further charges that:

On or about May 10, 2004, at Malden, in the District of Massachusetts,

**JOEL MACHADO,**

defendant herein, did knowingly possess alien registration receipt cards, knowing them to be forged, counterfeited, altered, and falsely made.

All in violation of Title 18, United States Code, Sections 1546(a) and 2.

**COUNT EIGHT:** (Title 18, United States Code, § 1546(a) - Fraud and Misuse of Documents)

The Grand Jury further charges that:

On or about June 7, 2004, at Malden, in the District of Massachusetts,

**JOEL MACHADO,**

defendant herein, did knowingly possess alien registration receipt cards, knowing them to be forged, counterfeited, altered, and falsely made.

All in violation of Title 18, United States Code, Sections 1546(a) and 2.

**COUNT NINE:** (Title 18, United States Code, § 1028(a)(5) - Possession of Document-Making Implements)

The Grand Jury further charges that:

On or about June 22, 2004, at Malden, in the District of Massachusetts,

**JOEL MACHADO,**

the defendant herein, did knowingly possess document-making implements with the intent such document-making implements would be used in the production of false identification documents.

All in violation of Title 18, United States Code, Sections 1028(a)(5) and 2.

## Supplemental Factual Allegations

The Grand Jury further finds that:

1. The offenses charged in Counts One through Nine of this Indictment involved 25-99 documents. Accordingly, U.S.S.G. § 2L2.1(b)(2)(B) applies to this case.

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY


_____
ROBERT E. RICHARDSON
ASSISTANT U.S. ATTORNEY


DISTRICT OF MASSACHUSETTS; 7-21, 2004

Returned into the District Court by Grand Jurors and filed.

_____
DEPUTY CLERK  @ 2:07 pm