## *UNITED STATES DISTRICT COURT*
## *DISTRICT OF MASSACHUSETTS*

UNITED STATES OF AMERICA

        Plaintiff,        CIVIL ACTION
v.                                NO. 04-10216-RWZ

JOEL MACHADO

        Defendant,

_____
TAKE NOTICE That a proceeding in this case has been scheduled for the place, date, and time set forth below:

| | |
|---|---|
| U.S. District Court | **COURTROOM #1, 5th FLOOR** |
| 595 Main Street | Date and Time: |
| Worcester, MA 01608 | **September 2, 2004, 2:00 pm** |

_____
Type of Proceeding:

**ARRAIGNMENT**

_____

                              CHARLES B. SWARTWOOD, III
                              MAGISTRATE JUDGE

| | |
|---|---|
| __August 26, 2004__ | /s/ Lisa B. Roland |
| Date | Lisa B. Roland, |
| | Deputy Clerk |
| | (508) 929-9905 |

cc: All counsel