UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                              )
UNITED STATES OF AMERICA,     )
                              )
                              )
         v.                   )    CRIMINAL ACTION
                              )    NO. 04-10216-RWZ
JOEL MACHADO,                 )
         Defendant,           )
_____)

INITIAL STATUS REPORT
October 13, 2004

**SWARTWOOD, M.J.**

The following is an Initial Status Report to Zobel, J. to whom this case is assigned:

1. Discovery

The Government has met its obligation for automatic disclosure today and Mr. Machado's counsel has requested additional time to review that discovery and to initiate discussions with the Government to determine if this case can be resolved without a trial. I have granted that request.

2. Further Status Conference

A further status conference shall be held in this case on November 29, 2004, at 2:45 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, 595 Main Street, Worcester, Massachusetts.

3. Excludable Time

With the assent of counsel for the parties, I am excluding from the Speedy Trial Act, the period from September 16, 2004 (date of expiration of prior order of excludable time) through November 29, 2004 (date by which discovery will have been completed and plea negotiations commenced). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Thursday, February 3, 2005</u>.

<u>/s/Charles B. Swartwood, III</u><br>
CHARLES B. SWARTWOOD, III<br>
MAGISTRATE JUDGE