# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v.    ) <br> ) <br> JOEL MACHADO,   ) <br>    Defendant,  ) | **CRIMINAL ACTION** <br> **NO. 04-10216-RWZ** |

## ORDER OF EXCLUDABLE TIME
### October 13, 2004

**SWARTWOOD, M.J.**

    It is ordered pursuant to the provisions of 18 U.S.C. § 3161 (b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (<u>United States v. Jodoin</u>, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from September 16, 2004 (date of expiration of prior order of excludable time) through November 29, 2004 (date by which discovery will have been completed and plea negotiations commenced) shall be excluded from the Speedy Trial Act.

                                             /s/Charles B. Swartwood, III
                                             CHARLES B. SWARTWOOD, III
                                             MAGISTRATE JUDGE